# United States District Court

## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.

ABRAHAM JAIPAUL PAPABATHINI,
[DOB: 12/09/1972]

**Engaging in Illicit Sexual Conduct in Foreign Places**
18 U.S.C. § 2423(c)
NMT: 30 Years Imprisonment
NMT: $250,000 Fine
Supervised Release: 5 Years to Life
Class A Felony
$100 Mandatory Special Assessment (Each Count)

## CRIMINAL COMPLAINT

**Case Number: 26-MJ-00277-JAM(WBG)**

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**Engaging in Illicit Sexual Conduct in Foreign Places**

Between on or about May 9, 2024, and on or about June 30, 2024, **ABRAHAM JAIPAUL PAPABATHINI**, then a citizen of the United States, whose last known United States residence is within the Western District of Missouri, traveled in foreign commerce from the United States to India, and while traveling in India, engaged in illicit sexual conduct, as defined in 18 U.S.C. § 2423(g)(1), with Minor Victim-3, whose identity is known to the affiant and who was under 18 years of age, all in violation of Title 18, United States Code, Section 2423(c).

I further state that I am a Special Agent with the Federal Bureau of Investigations, and that this complaint is based on the following facts:

(See attached Affidavit)

Georgia Marshall
Special Agent
Federal Bureau of Investigations

Sworn to before me and subscribed by telephone,
At 8:55 pm, signature confirmed

November 6, 2026 at Kansas City, Missouri

Date | City and State

HONORABLE W. BRIAN GADDY
United States Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Georgia Marshall, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since May 2019. I am a graduate of the FBI Training Academy in Quantico, Virginia, where I received training in controlled substance investigations, white-collar crime, cyber-crime, crimes against children, interviewing, interrogation, evidence collection, intelligence analysis, and legal matters, among other topics. I have been an Affiant on multiple federal search warrants and Title III affidavits. I am currently assigned to the Child Exploitation Operational Unit in the Criminal Investigative Division. Prior to joining the FBI, I was a Special Agent with the Air Force Office of Special Investigations from 2015 to 2019 where I investigated federal offenses committed by Air Force members and/or offenses committed on Air Force installations. During the normal course of my duties, I conduct investigations involving a variety of criminal violations, to include violations of federal statutes involving the sexual exploitation of minors, high technology or cybercrime, and child pornography. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. § 2423(c). I have not included every detail of every aspect of my training, education, and experience, but I have highlighted those areas most relevant to this application.

2. I make this affidavit in support of a criminal complaint charging Abraham Jaipaul PAPABATHINI with one count of Engaging in Illicit Sexual Conduct in Foreign Places in violation of 18 U.S.C. § 2423(c).

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is being

submitted for the limited purpose of showing that there is sufficient probable cause to support the charges set forth in the complaint. I have identified facts that I believe are sufficient to charge PAPABATHINI with the criminal conduct set forth herein.

## RELEVANT STATUTORY PROVISIONS

4. **Engaging in Illicit Sexual Conduct in Foreign Places:** 18 U.S.C. § 2423(c) provides that it is a crime for "[a]ny United States citizen or alien admitted for permanent residence who travels in foreign commerce or resides, either temporarily or permanently, in a foreign country," to "engage[] in any illicit sexual conduct with another person."

5. **Illicit Sexual Conduct**: 18 U.S.C. § 2423(g)(1) provides that "illicit sexual conduct" includes "a sexual act (as defined in section 2246) with a person under 18 years of age that would be in violation of chapter 109A if the sexual act occurred in the special maritime and territorial jurisdiction of the United States."[1]

6. **Sexual Act:** 18 U.S.C. § 2246(2) provides that the term "sexual act" means—

> (A) contact between the penis and the vulva or the penis and the anus, and for purposes of this subparagraph contact involving the penis occurs upon penetration, however slight;
>
> (B) contact between the mouth and the penis, the mouth and the vulva, or the mouth and the anus;
>
> (C) the penetration, however slight, of the anal or genital opening of another by a hand or finger or by any object, with an intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of any person; or
>
> (D) the intentional touching, not through the clothing, of the genitalia of another person who has not attained the age of 16 years with an intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of any person.

[1] The statute's definition of "illicit sexual conduct" was contained in paragraph (f) from December 21, 2018, through December 21, 2023. Sections 2423(f)(1) (2018) and 2423(g)(1) are identical.

7. **Chapter 109A** of Title 18, United States Code, includes Sections 2242 ("Sexual Abuse") and 2243 ("Sexual Abuse of a Minor . . .").

8. **Section 2242(1)** of Title 18 provides that it is a crime, within the special maritime and territorial jurisdiction of the United States, to "cause[] another person to engage in a sexual act by threatening or placing that other person in fear (other than by threatening or placing that other person in fear that any person will be subjected to death, serious bodily injury, or kidnapping)." **Section 2242(3)** of Title 18 provides that it is a crime, within the special maritime and territorial jurisdiction of the United States, to "engage[] in a sexual act with another person without that other person's consent, to include doing so through coercion."

9. **Section 2243(a)** of Title 18 provides that it is a crime, within the special maritime and territorial jurisdiction of the United States, to "knowingly engage[] in a sexual act with another person" who "has attained the age of 12 years but has not attained the age of 16 years," and who "is at least four years younger than the person so engaging."

## PROBABLE CAUSE

### Overview

10. On or about June 28, 2022, The Federal Bureau of Investigation (FBI)'s Child Exploitation Operational Unit (CEOU) received a referral from the International Justice Mission regarding a disclosure of sexual abuse from a 15-year-old minor victim (hereinafter Minor Victim-1 or MV-1) stating that she was raped by PAPABATHINI, owner of the non-governmental organization "Rescuing Lives."

11. The FBI interviewed MV-1, who disclosed that in India in March 2022, when she was 15 years old, PAPABATHINI had sexual intercourse with her (by penetrating her vagina with his penis) without her consent. MV-1's abuse is described in greater detail in paragraphs 20-26.

12. Since June 2022, other allegations of abuse have been made to the FBI. These include the following instances, all of which were perpetrated by PAPABATHINI, and which occurred (unless otherwise noted) while he was traveling in India. The allegations are described in greater detail in paragraphs 27-50:

a. Between June 2023 and April 2024, PAPABATHINI sexually abused Minor Victim-2 (MV-2) when she was 16-17 years old. This included PAPABATHINI performing oral sex on MV-2 and digitally penetrating her vagina without her consent.

b. In February of 2023, PAPABATHINI sexually abused a then-14-year-old female, Minor Victim-3 (MV-3). Specifically, PAPABATHINI had sexual intercourse with MV-3 (by penetrating MV-3's vagina with his penis) against her will and without her consent. Between April and May of 2023, when MV-3 was 15 years old, PAPABATHINI digitally penetrated MV-3's vagina without her consent.

c. In May 2022, PAPABATHINI made sexual advances toward 17-year-old Minor Witness-1 (MW-1), including kissing her and climbing on top of her on a bed as she protested, cried, and tried to push him away.

d. Between 2022 and 2026, PAPABATHINI made unwanted sexual advances toward Adult Witness-1 (AW-1), including pushing her onto beds, kissing her, touching her breasts through the clothing, attempting to touch her genitals, and grinding himself against her, through the clothing, until he ejaculated – all without AW-1's consent and while she was verbally and physically protesting. [redacted]

**Background on PAPABATHINI and Rescuing Lives**

13. U.S. government records show that PAPABATHINI was born in India on December 9, 1972. He has been a lawful permanent resident of the United States since April 2, 1998. He became a (naturalized) U.S. citizen on May 18, 2022, and was issued a U.S. passport on June 8, 2022. He currently resides in Kansas City, Missouri.

14. Rescuing Lives has a publicly accessible website at RescuingLives.org. The site explains that part of the organization's mission is to "rescue children and widows from the streets and slums of India and bring them to secure facilities where they can gain an education and learn a trade to better support themselves." Under the heading "About" is a picture and biography of PAPABATHINI and his wife.

15. In a YouTube video first posted in 2012 and linked on the website, PAPABATHINI speaks to the camera and introduces a "slum school" in India that Rescuing Lives established in a building that was previously a brothel house. He explains that they "took 325 kids" and that "they go to school here." The camera tours the school and shows dozens of children in classrooms, some who are adolescents and others who are of prepubescent age. The video also shows numerous adults who appear to be staff members, including several classroom teachers. Two adults who introduce themselves as "Samantha" and "Ben" explain that they are working at the Slum School on a mission trip.

16. In another section of the website, under the heading "Youth," is a page dedicated to the Slum School with a written description that states, "[t]he Slum School is located in the Red Light District . . . in the middle of Vizak city . . .," likely a reference to the Indian city of

Visakhapatnam.[2] The website explains, "Each year we are helping to rescue up to 500 children through education — by providing a place to go . . ." This page of the website includes multiple pictures of PAPABATHINI with his arms wrapped around prepubescent girls.

17. Under the heading "Youth" and the subheading "Orphans" is another page explaining that Rescuing Lives operates an orphanage where children "are loved and cared for by house parents and caretakers." It goes on to explain that the children there "range in age from 5 to approx. 16 years of age" and that they "are provided with medical care, food, clothing, love and a safe environment in which to grow up." The website does not provide the location of the orphanage, but several witnesses have reported to the FBI that, at least as recently as 2022, the orphanage was located in Chillakallu, India, that several Rescuing Lives staff members worked there, and that 20-30 minor girls lived there.

18. Under the heading "Youth" and the subheading "Babies," is another page that explains:

> We became aware of the need for a facility to rescue and house babies that are unwanted, discarded, abandoned, or orphaned due to tragic circumstances. Rescuing Lives has access to a multi-level building to house and care for the babies that come into the care of the locally supported ministries in India. The facility takes in newborn babies up through pre-school age toddlers.
>
> * * *
>
> Since the facility's opening and approval by the local government, Rescuing Lives has helped provide the funding and resources needed to provide care for many babies as well as toddlers.

The page then asks for monetary donations and shows several pictures of PAPABATHINI holding babies.

---

[2]As one Indian government tourism website explains, the city is often referred to as "Vizag." *See* https://www.incredibleindia.gov.in/en/andhra-pradesh/visakhapatnam.

19. The website's homepage also features a link to a YouTube video first posted on March 28, 2024, with the title, "Thank You from Rescuing Lives." The narrator explains that "our schools . . . continue to be at max capacity, with over 1,500 students that are being educated, housed, and fed, and we have thousands more that are on our waitlist."

**Sexual Abuse of MV-1**

20. On or about July 29, 2022, a child forensic interview was conducted with MV-1. According to MV-1 and numerous other witnesses, PAPABATHINI operates an orphanage in Chillakallu, India, that is associated with Rescuing Lives. Adjoining the orphanage is PAPABATHINI's residence, sometimes referred to as Phillip's Guest House (possibly named after PAPABATHINI's late father, Phillip Papabathini). During her forensic interview, MV-1 disclosed that in February 2022, when she was 15 years old, PAPABATHINI made inappropriate sexual advances toward her, and in March 2022, when she was still 15 years old, PAPABATHINI raped her. Both events occurred inside Phillip's Guest House.

21. During the February 2022 incident, MV-1, her mother, and her brother were visiting PAPABATHINI in Chillakallu. PAPABATHINI woke MV-1 in the middle of the night and called her to his bedroom. Once MV-1 entered the bedroom, PAPABATHINI grabbed her by the arms so forcefully that it hurt. He then closed the bedroom door and told her to sleep by his side. He told her he would buy her things and that she could tell him her problems. With MV-1 lying next to him on the bed, PAPABATHINI positioned himself so the front of his body was pressed against the front of hers. MV-1 told him, "No." PAPABATHINI told MV-1 that it was okay, that he would not tell anyone, and that she should not tell anyone, either. That same month, after the incident, PAPABATHINI bought MV-1 clothes, a phone, shoes, and gave her money.

22. The March 2022 incident occurred during a separate visit to Phillip's Guest House. After everyone else in the house was asleep, PAPABATHINI again forced MV-1 to come to his room. PAPABATHINI told MV-1 he would tell MV-1's mother about what happened the first time they were alone together if MV-1 did not come with him. He also said that because she already came to his room alone the first time, it was alright to do it again. MV-1 told PAPABATHINI multiple times she did not want to go with him.

23. PAPABATHINI undressed MV-1 and touched and licked her breasts. He removed his pants and touched MV-1's vulva with his hands and mouth. PAPABATHINI also touched MV-1's vulva with his fingers and inserted them into her vagina. PAPABATHINI then inserted his penis into MV-1's vagina and ejaculated into her vagina. During the assault, MV-1 was crying, and PAPABATHINI told her to "shut up" and stop crying or he would tell her mother.

24. U.S. government travel records for PAPABATHINI indicate that he was overseas from January 2022 through March 2022, at the time of MV-1's assault. The records show a departure from the United States on January 13, 2022, from Detroit to Paris, and a return to the United States from Paris to Minneapolis-Saint Paul on March 15, 2022.[3]

25. Between March 2-14, 2022, IP logs associated with PAPABATHINI's iCloud account show internet activity in India, indicating he was in India during that time period. This encompasses the time frame when MV-1 provided she was assaulted by PAPABATHINI.

---

[3] U.S. government records show only flights out of or into the United States, meaning that any connecting flights – say, between Paris and India – would not be reflected in the records.

**Sexual Abuse of MV-2**

26. On October 31, 2026, the FBI interviewed MV-2, who disclosed numerous instances of sexual abuse that PAPABATHINI perpetrated against her, the most serious of which occurred in India in 2023-2024, when she was 16-17 years old.

27. MV-2 reported that she met PAPABATHINI in February 2022, when she and her family visited him at his Chillakallu compound after being introduced to him through friends. During a subsequent visit, when MV-2 was 15, PAPABATHINI started to make her uncomfortable by doing things like putting his hand on her forearm, rubbing her hand, and rubbing her ear.

28. On approximately September 16, 2022, when MV-2 was 16 years old, she and her family visited with PAPABATHINI in [redacted], India. They all stayed in a hotel, and PAPABATHINI convinced MV-2 to spend the night in PAPABATHINI's room. Alone with MV-2, PAPABATHINI touched her neck, and MV-2 asked him to stop. PAPABATHINI continued and touched her all over her body and licked her ear. He then touched MV-2's breasts under her clothing and her genitals through the clothing. MV-2 protested again and asked to return [redacted] which PAPABATHINI allowed her to do.

29. MV-2's family continued to visit PAPABATHINI at his Chillakallu compound, and in late 2023, PAPABATHINI's behavior toward MV-2 escalated. He would often ask MV-2 to help him unpack his luggage as a way of getting her alone. Once alone with MV-2, PAPABATHINI would touch her breasts and genitals under the clothing, including at times inserting his fingers into her genitals or licking her genitals. MV-2 reported that each time this happened, she would tell PAPABATHINI things like, "No, don't do this," and "I don't want this," and would often be crying. PAPABATHINI would usually respond by telling her that [redacted]

were okay with it, so she should be okay with it, too; or he would say something to the effect of, "Until you get married or get a boyfriend, I am going to do things to you that they will do to you."

30. MV-2 stated that PAPABATHINI sexually assaulted her every time she and her family visited with him. She estimated this happened 10 times in total, at least five of which were before her 18th birthday. MV-2 was confident that on at least one occasion in India, between June 2023 and April 2024, during her 12th grade year of school, PAPABATHINI inserted his fingers into her vagina and licked her vulva without her consent, as she told him "no" and cried. MV-2 was 16 or 17 years old at the time.

31. U.S. government travel records show that PAPABATHINI was overseas numerous times between July 2, 2023, when he flew from Detroit to Amsterdam, and February 22, 2024, when he flew from Amsterdam to Detroit.

32. Between July 2, 2023, and January 17, 2024, IP logs associated with PAPABATHINI's iCloud account show numerous incidents of internet activity in India, indicating he was in India during that time period. This encompasses the time frame when MV-2 provided she was assaulted by PAPABATHINI.

**Sexual Abuse of MV-3**

33. On October 31, 2026, the FBI interviewed MV-3, who disclosed numerous instances of sexual abuse that PAPABATHINI perpetrated against her in India when she was a minor, beginning in 2023.

34. MV-3 reported that she first met PAPABATHINI in February 2023, when she was 14 years old. She was introduced through [redacted]. MV-3's family and [redacted] were visiting with PAPABATHINI in [redacted], and PAPABATHINI invited [redacted] and MV-3 to stay with him at his hotel. When they got

to PAPABATHINI's room, MV-3 was surprised to see that there was only one bed. They discussed having a cot brought to the room and using the couch for sleeping, but ultimately, PAPABATHINI insisted that all four of them sleep on the same bed. MV-3 was uncomfortable and asked to sleep on the couch, but PAPABATHINI insisted she lie next to him. While in bed, PAPABATHINI pulled MV-3 close to him, licked her ear and neck, and used his hands to touch her genitals through the clothing. He whispered to MV-3 that she should remain quiet and enjoy what he was doing to her so she would not experience any pain. In the morning, he thanked MV-3 for not saying anything to [redacted]

35. [redacted] MV-3 [redacted] then traveled to Chillakallu and stayed with PAPABATHINI at his compound. On or about February 20, 2023, PAPABATHINI called for MV-3 (still 14 years old at the time) to come to his room and had her lie on the bed. He got on top of her and started touching her all over. MV-3 told PAPABATHINI to stop but he did not listen and instead told her to "just wait a minute." PAPABATHINI placed his penis into MV-3's vagina and had intercourse with her. After, PAPABATHINI noticed MV-3's blood on the bedsheets and smiled at her. He told her, "If anyone asks who broke your seal, tell them it was Abraham." (PAPABATHINI's first name is Abraham, but he typically goes by his middle name, "Jaipaul.")

36. In the days after that incident, MV-3 became very sick. She told the FBI that she believed her illness was a result of suffering shock from the sexual assault. MV-3 was hospitalized, and PAPABATHINI offered to visit her in the hospital, assuring her parents that he could stay with her for a while so they could go home and get some rest – an offer they accepted. PAPABATHINI arrived at MV-3's hospital room, and with only he and MV-3 in the room, PAPABATHINI locked the door and turned off the lights. MV-3 asked that he not do anything

because she was sick. PAPABATHINI got on top of her in the bed and started touching her sexually as she repeatedly told him "no." PAPABATHINI said something to the effect of, "Now I know what it feels like when women are forced." PAPABATHINI did not remove his or MV-3's clothing but rubbed his erect penis against MV-3 genital area until he appeared to ejaculate.

37. In the following years, MV-3 and her family continued to visit PAPABATHINI in Chillakallu and other locations in India. PAPABATHINI sexually abused MV-3 every time they visited with him, but MV-3 did not disclose the abuse to anyone at the time it was happening. MV-3 estimated that PAPABATHINI sexually abused her in some fashion at least 15-20 times. During a trip to Chillakallu sometime between April and June of 2024, PAPABATHINI began touching MV-3's body, and she told him to stop. PAPABATHINI continued and touched her genitals under the clothes. As MV-3 protested, PAPABATHINI responded that he had already "broken her seal" and she was "done"; therefore, there was nothing stopping him from "access[ing]" her and putting his fingers inside her. On that occasion, as on several others, PAPABATHINI inserted his fingers into MV-3's vagina without her consent.

38. MV-3 reported that on many other occasions, PAPABATHINI would rub his genitals against her genital area through the clothing until PAPABATHINI ejaculated. PAPABAHTINI would do this without MV-3's consent and despite her verbal protestations. MV-3 recalled that on some occasions, PAPABATHINI would ingest gummies to feel high. He would insist that MV-3 take them as well, but she would place them in her mouth and spit them out when he was not looking. PAPABATHINI would often sexually assault MV-3 after ingesting a gummy.

39. U.S. government travel records show that PAPABATHINI was overseas on February 20, 2023, the date MV-3 alleges that he vaginally raped her. He traveled from

Minneapolis-St. Paul to Amsterdam on January 13, 2023, and returned to the United States on February 27, 2023, flying from Amsterdam to Atlanta.

40. U.S. government travel records show that PAPABATHINI was overseas between April and June of 2024, when MV-3 alleges that he digitally penetrated her vagina without her consent. He traveled from Boston to London on May 9, 2024, and returned to the United States on July 27, 2024, flying from Amsterdam to Atlanta.

41. Between February 19-23, 2023, IP logs associated with PAPABATHINI's iCloud account show internet activity in India, indicating he was in India during that time period. This encompasses the time frame when MV-3 provided she was assaulted by PAPABATHINI.

42. PAPABATHINI's foreign travel and sexual abuse of MV-3 in India, occurring between on or about May 9, 2024, and on or about June 30, 2024, is charged as ***Count One*** of the complaint.

**Attempted Sexual Abuse of MW-1**

43. During its 2022 investigation of PAPABATHINI, the FBI learned that in May 2022, PAPABATHINI attempted to sexually abuse a 17-year-old girl, referred to here as Minor Witness-1 (MW-1).

44. MW-1 and her mother were interviewed by the FBI. PAPABATHINI asked MW-1's mother to send MW-1 to his center in Chillakallu. MW-1 reported that during her visit to the center, PAPABATHINI acted in ways that made MW-1 uncomfortable, including having her sit in his lap and giving her hugs. This culminated in an incident in which PAPABATHINI led MW-1 to a bedroom and bolted the door behind them. PAPABATHINI lay on the bed and told MW-1 to lie next to him. She told him, "No," and PAPABATHINI then pushed her down on the bed. He offered to take care of MW-1 by paying her school fees and giving her mother a job.

PAPABATHINI then got on top of MW-1 and tried to kiss her. MW-1 cried and tried to push PAPABATHINI away. This struggle lasted about a minute. MW-1's mother then called MW-1's cell phone, and MW-1 answered. MW-1's mother told her she was on her way to pick up MW-1 and was fifteen minutes away from the center. MW-1 told PAPABATHINI what her mother had said, and he then stopped his advances toward MW-1.

**Abusive Sexual Contact with AW-1**

45. In October 2026, the FBI spoke with AW-1 [redacted]. AW-1 reported that when she was about 19 years old, in 2023, she was visiting PAPABATHINI's center in Chillakallu. While she was there, PAPABATHINI repeatedly attempted to sexually assault her by placing himself on top of her, kissing her ears and neck, touching her breasts through the clothing, attempting to touch her genitals, and – while clothed – grinding his genitals against hers until he ejaculated. When PAPABATHINI committed these acts, AW-1 would repeatedly tell him "no," would attempt to push him away, and would have tears running down her face. PAPABATHINI would often respond by telling her things like, "Your 'no' is not valid," and, "I don't hear your 'no.'" AW-1 estimated that PAPABATHINI abused her on 5-7 different occasions in this manner in India between 2023 and 2025.

46. [redacted] PAPABATHINI assaulted her in the manner described above approximately 3-4 more times [redacted] from 2025-2026.

47. AW-1 also reported that PAPABATHINI would regularly pressure minor girls at the Chillakallu center to drink alcohol, and when they did so, he would video-record them drinking alcohol on his iPhone and tell them that everything he was recording was backed up to his iCloud

account. She also reported that on numerous occasions, PAPABATHINI told her that were it not for Christ in him, he would have been a pedophile or a sex trafficker.

**PAPABATHINI's Concealment of Misconduct**

48. MV-1's mother, [redacted], told the FBI that security cameras were installed throughout compound, but that PAPABATHINI would have them covered whenever he was visiting. MV-3 and AW-1 reported the same observation to the FBI.

49. MV-1's mother informed the FBI that sometime in late June or early July of 2022, a man in India filed a complaint against PAPABATHINI, alleging that he engaged in sexual misconduct with minors at the Chillakallu compound. A child welfare team was sent to the facility to investigate. In response, PAPABATHINI relocated 20-30 girls who had been staying at the compound, then left his own residence and relocated to a hotel. MV-1, her brother, and her mother met with PAPABATHINI at the hotel. In front of them, PAPABATHINI called his close associate, a man named Ranga, and instructed him to find the person who had filed the complaint and to break his arms and legs.

**[redacted] Confront PAPABATHINI and He Confesses**

50. In June 2026, [redacted] began disclosing [redacted] that PAPABATHINI had acted inappropriately with them. [redacted] were interviewed several times by the FBI. They recounted that they confronted PAPABATHINI about his conduct [redacted], and in June 2026, PAPABATHINI sent a WhatsApp message to [redacted], which read, "I'm calling you from the bottom of my heart. I'm sorry that I failed you [redacted]." [redacted] have provided a copy of that message to the FBI.

51. Over the course of the summer of 2026, [redacted] provided greater detail [redacted] about the extent and nature of PAPABATHINI's sexual abuse. On August 5, 2026, [redacted] called PAPABATHINI by phone and confronted him again. [redacted] led the conversation, while [redacted] made a video recording of the conversation showing the cell phone screen with PAPABATHINI's name and profile picture displayed. [redacted] shared that video recording with the FBI, and I watched and listened to it. I have also watched and listened to a video posted on RescuingLives.org that features PAPABATHINI speaking, and I recognize PAPABATHINI's voice on the video recording sent by [redacted].

52. At the outset of the call, [redacted] referenced their prior conversations and how [redacted] were traumatized by what they had learned. With more time to process what had happened, they wished to speak to him more "upfront and open." [redacted] asked PAPABATHINI why he targeted [redacted] MV-3 and MV-2 [redacted].

53. PAPABATHINI at first responded by referring to allowing the kids to do things like partying [redacted]. PAPABATHINI mentioned MV-2, MV-3, and AW-1 by first name and again referenced their "partying." [redacted] asked, "What do you have to say about the sexual abuse that you have done to all the kids?" PAPABATHINI then responded that he had apologized to them and told them he would not do that again.

54. [redacted] then stated that this was not one occurrence, and that they learned from [redacted] that this had been going on for several years. He told PAPABATHINI that it was all "forceful" and that "[MV-3] was 15 years [old] when you raped her." He then informed PAPABATHINI that [redacted] had disclosed everything "from A to Z," then told PAPABATHINI it was his turn to speak.

55. PAPABATHINI responded, "From my side, all I can do is repent. What else can I do? You tell me. I am not defending. I am in a humble stage." PAPABATHINI stated that he had asked for "forgiveness" and had "repented," and said he understood that he had "hurt[]" and "wounded," and "broken trust," adding, "There is no way I can go back and restore this." PAPABATHINI then stated, "Whatever punishment you guys give, I just have to accept it," and added that he would "submit" to them if they wanted to proceed in that manner.

56. [redacted] asked PAPABATHINI if he should proceed by filing criminal charges under the "POCSO Act" – India's Protection of Children from Sexual Offences Act. PAPABATHINI responded, "If that's how you want to punish me for what I've done," he would just "accept it."

57. [redacted] later asked, "What are you going to do?" PAPABATHINI responded that there was nothing he could do, "everything in the past is wrong," and that he could not move forward except by accepting the consequences.

58. [redacted] asked how [redacted] could heal from the trauma PAPABATHINI had inflicted upon her, including telling her he had broken her seal and that she should remember his first name. PAPABATHINI then began audibly crying and said, "I'm sorry . . . I'm going to shoot myself. That's all I can do. So many times I've thought about it."

59. [redacted] then requested that PAPABATHINI stop contacting [redacted]

**PAPABATHINI's Recent Conduct**

60. Following their August 5, 2026, conversations, PAPABATHINI sent videos to [redacted] that depicted [redacted] drinking alcohol at the Chillakallu compound, which [redacted] interpreted as an attempt to dissuade them from pressing

criminal charges against him. Going forward, [redacted] largely broke off contact with PAPABATHINI. AW-1 blocked PAPABATHINI on WhatsApp.

61. On October 11, 2026, PAPABATHINI arrived at AW-1's apartment building [redacted], to which he had no authorized access, and attempted to enter the building through the front door. The door was locked, so he drove around to a rear entrance of the building and located an unlocked door. He entered the building, walked up the stairs to AW-1's apartment, and knocked on the door. AW-1 refused to answer, and PAPABATHINI stayed there for several minutes before leaving. On October 30, 2026, PAPABATHINI arrived at AW-1's apartment building again and entered through the same rear door. He again knocked on AW-1's apartment door and stayed there for several minutes as AW-1 declined to answer. He then left the building, drove his car to a spot in the parking lot where he could see AW-1's rear window and balcony, and parked there. PAPABATHINI remained outside AW-1's window for several minutes before leaving the premises. The FBI has obtained surveillance footage of these events.

62. On October 30, 2026, PAPABATHINI messaged [redacted] and told him that AW-1 may be in legal trouble related to a company [redacted]. He wrote, "I want to help her [AW-1] to get out of it. That's the reason I tried to reach out to her." [redacted] informed the FBI that AW-1 has had no dealings whatsoever with the company.

**CONCLUSION**

63. Based on the information detailed above, I submit there is probable cause to charge Abraham Jaipaul PAPABATHINI with Count 1, charging a violation of 18 U.S.C. § 2423(c)

Respectfully submitted,

Georgia Marshall
Special Agent
FBI Child Exploitation Operational Unit

SUBSCRIBED and SWORN before me by telephone this 6th day of November 2026.

By telephone at 8:55 pm, signature confirmed

HONORABLE W. BRIAN GADDY
United States Magistrate Judge
Western District of Missouri